UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GREEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.<br><br>　　　　Defendants. | 1:23-cv-00973-EPG (PC)<br><br>ORDER TO SUBMIT COMPLETED IFP APPLICATION<br><br>(ECF No. 1). |

　　　　This civil rights action under 42 U.S.C. § 1983 was commenced by six state prisoners. (ECF Nos. 1, 2). However, on June 29, 2023, United States Magistrate Judge Gary S. Austin issued an order, concluding that the Plaintiffs could not proceed together in a single action and ordering (1) the Clerk to open a new case so that each Plaintiff could proceed individually; (2) the Clerk to randomly assign each new case to a Magistrate Judge; (3) the Clerk to file each Plaintiff's *in forma pauperis* (IFP) application in the appropriate case; and (4) for each Plaintiff to file a new amended complaint or notice of voluntary dismissal within forty-five days.

　　　　This order led to the undersigned being assigned to the instant case of Plaintiff Victoria Green. While the Clerk filed an IFP application in the record (ECF No. 3), that IFP application is for one of the other Plaintiffs, Charlene Stith, who now proceeds individually in a separate case, 1:23-cv-00947-ADA-GSA. Moreover, it does not appear that Victoria Green ever filed an IFP application in the original case; rather, it appears that Charlene Stith mistakenly filed two IFP applications. (ECF Nos. 4, 8 - 1:23-cv-00947-ADA-GSA).

Accordingly, IT IS ORDERED as follows:

1. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached IFP application, completed and signed in full, and including the trust account certification for the past six months.
2. Alternatively, Plaintiff may pay the $402.00 filing fee for this action.
3. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 30, 2023**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE