1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     CHARLENE STITH,                          No.  1:23-cv-00947 KES GSA (PC)

12                    Plaintiff,                 ORDER DIRECTING CLERK OF COURT TO
                                                 NOTE RELATION OF ALL CASES IN CASE
13          v.                                   CAPTION OF EACH MATTER'S DOCKET

14     STATE OF CALIFORNIA, et al.,

15                    Defendants.

16

17     VICTORIA GREEN,                           No.  1:23-cv-00973 KES GSA (PC)

18                    Plaintiff,                 ORDER DIRECTING CLERK OF COURT TO
                                                 NOTE RELATION OF ALL CASES IN CASE
19          v.                                   CAPTION OF EACH MATTER'S DOCKET

20     STATE OF CALIFORNIA, et al.,

21                    Defendants.

22     TREMAINE CARROLL,                         No.  1:23-cv-00974 KES GSA (PC)

23                    Plaintiff,                 ORDER DIRECTING CLERK OF COURT TO
                                                 NOTE RELATION OF ALL CASES IN CASE
24          v.                                   CAPTION OF EACH MATTER'S DOCKET

25     STATE OF CALIFORNIA, et al.,

26                    Defendants.

27

28

                                             1

| | |
|---|---|
| 1 | JONATHAN ROBERTSON, | No.  1:23-cv-00975 KES GSA (PC) |

JONATHAN ROBERTSON,                         No.  1:23-cv-00975 KES GSA (PC)

        Plaintiff,                          ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

---

FANCY MOORE LIPSEY,                         No.  1:23-cv-00976 KES GSA (PC)

        Plaintiff,                          ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

---

RAYSHAWN HART,                         No.  1:23-cv-00977 KES GSA (PC)

        Plaintiff,                          ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

---

CRYSTAL GRAHAM                         No.  1:23-cv-01323 KES GSA (PC)

        Plaintiff,                          ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

---

ROXANNE PURDAGONE,                         No.  1:23-cv-01324 KES GSA (PC)

        Plaintiff,                          ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

2

1

2   ZENAIDA CORDOVA                                    No.  1:24-cv-00482 KES GSA (PC)

3                         Plaintiff,                   ORDER DIRECTING CLERK OF COURT TO
                                                       NOTE RELATION OF ALL CASES IN CASE
4            v.                                        CAPTION OF EACH MATTER'S DOCKET

5   GREG RODRIGUEZ, et al.,

6                         Defendants.

7

8           Plaintiffs in the above-referenced cases are state prisoners who have filed civil rights

9   actions seeking relief under 42 U.S.C. § 1983.  All Plaintiffs are represented by the same counsel.

10  The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

11  636(b)(1)(B) and Local Rule 302.

12          On December 12, 2023, in the Stith matter – Stith v. State of California, No. 1:23-cv-

13  00947 NODJ GSA – which is the earliest-filed action in this series of cases, the Chief District

14  Judge issued an order that related the following cases to it:

15      •   Stith v. State of California, No. 1:23-cv-00947 NODJ GSA;

16      •   Green v. State of California, No. 1:23-cv-00973 NODJ GSA;

17      •   Carroll v. State of California, No. 1:23-cv-00974 NODJ GSA;

18      •   Robertson v. State of California, No. 1:23-cv-00975 NODJ GSA;

19      •   Lipsey v. State of California, No. 1:23-cv-00976 NODJ GSA;

20      •   Hart v. State of California, No. 1:23-cv-00977 NODJ GSA;

21      •   Graham v. State of California, No. 1:23-cv-01323 NODJ GSA, and

22      •   Purdagone v. State of California, No. 1:23-cv-01324 NODJ GSA.

    See generally Stith, ECF No. 20.

23          Since then, each of these matters has been reassigned to District Judge Kirk E. Sherriff.

24  See, e.g., Stith, ECF No. 22 (order reassigning matter to new district judge).  In addition, on May

25  24, 2024, Judge Sherriff  related it to the other above-referenced matters.  See Cordova, ECF No.

26  11.  As a result, there are now nine matters in the Stith litany of cases that are related.

27          Having reviewed the case captions of the dockets for each of the above-referenced matters

28

                                                    3

1   they do not all reflect that these matters are related to one another.  Some of the case captions in

2   the dockets identify a few of the related matters.  <u>See, e.g.</u>, <u>Purdagone</u> (case caption of docket

3   noting two other related matters).  Other dockets identify all of them.  <u>See, e.g.</u>, <u>Cordova</u> (case

4   caption of docket noting eight other related matters).  Consequently, there is a potential for

5   confusion when accessing each of these matters on the docket.  Therefore, the Court will order

6   the Clerk of Court to update the dockets in each of the above-referenced cases to reflect that all

7   nine matters are related to one another.

8          Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall update the case

9   captions on the dockets of each of the following cases to reflect that they are all related:

10         • <u>Stith v. State of California</u>, No. 1:23-cv-00947 KES GSA;

11         • <u>Green v. State of California</u>, No. 1:23-cv-00973- KES GSA;

12         • <u>Carroll v. State of California</u>, No. 1:23-cv-00974 KES GSA;

13         • <u>Robertson v. State of California</u>, No. 1:23-cv-00975 KES GSA;

14         • <u>Lipsey v. State of California</u>, No. 1:23-cv-00976 KES GSA;

15         • <u>Hart v. State of California</u>, No. 1:23-cv-00977 KES GSA;

16         • <u>Graham v. State of California</u>, No. 1:23-cv-01323 KES GSA;

17         • <u>Purdagone v. State of California</u>, No. 1:23-cv-01324 KES GSA, and

18         • <u>Cordova v. Rodriguez</u>, No. 1:24-cv-00482 KES GSA.

19

20

21   IT IS SO ORDERED.

22      Dated:   **June 5, 2024**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

4