UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00973-JLT-HBK (PC)<br><br>ORDER TO FILE AMENDED COMPLAINT OR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>AUGUST 14, 2025 DEADLINE |

    This matter was reassigned to the undersigned magistrate judge on July 3, 2025, and is before the Court following review of the file. (*See* Doc. No. 33).

    Defendants California Department of Corrections and Rehabilitation ("CDCR") and M. Pallares filed a motion to dismiss on October 1, 2024. (Doc. No. 24). On October 29, 2024, the previously assigned magistrate judge ordered Plaintiff to file a response to the motion or, in the alternative, a statement of non-opposition within thirty days. (Doc. No. 27). To date, Plaintiff has failed to comply with the previous order.[1]

    In an effort to move the case forward, Plaintiff will be given a final opportunity to file a response to Defendants' motion to dismiss. Alternatively, based on Plaintiff's request to voluntarily dismiss certain other Defendants (*see* Doc. No. 31) and to the extent any alleged

---

[1] The Court notes that for at least a portion of the time this case has been pending Plaintiff's counsel was suspended from the practice of law. (*See* Doc. No. 32). However, counsel is now active and eligible to practice law. *See* https://apps.calbar.ca.gov/attorney/Licensee/Detail/139376

deficiencies raised in the motion to dismiss can be cured through amendment, Plaintiff may file an amended complaint to reflect the dismissal of any Defendant.

Accordingly, it is **ORDERED**:

**No later than August 14, 2025**, Plaintiff shall file either a response to Defendants' motion to dismiss or an amended complaint. Failure to comply with this order will result in Defendants' motion being deemed unopposed.

Dated: July 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2